IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

DEC 2 8 2005

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| ) | MISC. ACTION NO. H-05-562 |
| v. ) | |
| ) | |
| LAWRENCE J. WEDEKIND, ) | |
| ) | |
| Respondent. ) | |

ORDER TO SHOW CAUSE

On the petition of the United States, under 26 U.S.C. §§ 7402(b) and 7604(a) for an order requiring the respondent, Lawrence J. Wedekind, to show cause why the respondent should not be compelled to obey an Internal Revenue Service summons served upon the respondent on September 19, 2005:

A copy of this Order, together with the petition and exhibits, must be served on the respondent by a United States Marshal or representative of the Internal Revenue Service.

Within 20 days of that service, the respondent must file with the court and serve on the Internal Revenue Service a written response containing specific facts

rebutting the case for the enforcement of the summons or demonstrating that enforcement of the summons would be an abuse of process.

The respondent must appear before the United States District Court for the Southern District of Texas, Courtroom No. **9B**, **9th** Floor, 515 Rusk Avenue, Houston, Texas, on **MARCH 24**, 2006, at **2:00 p**.m., to show cause why the respondent should not be ordered to comply with the Internal Revenue Service summons.

At the hearing, the respondent must personally appear before this Court, bringing the documents described in the summons.

DATED: **12/27/05**

_____
UNITED STATES DISTRICT JUDGE