Cause Number  H-05-562

Style United States of America v. Lawrence J. Wedekind

Appearances:

| Counsel: | Representing: |
|---|---|
| Kathryn Bellis | United States |
| Cino Pasta | Lawrence J. Wedekind |

Date: March 24, 2006

Time: ___/___ a.m.
      2:05 / 2:10 p.m.

Reporter: C. Barron
Law Clerk: V. Wicken

## HEARING
### MINUTES AND ORDER

At the hearing the following rulings were made:

Order compelling compliance Entered

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Sim Lake
United States District Judge