IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | MISC. ACTION NO. H-05-562 |
| ) | |
| LAWRENCE J. WEDEKIND, ) | |
| ) | |
| Respondent. ) | |

*United States Courts Southern District of Texas ENTERED MAR 2 7 2006 Michael N. Milby, Clerk of Court*

## ORDER COMPELLING COMPLIANCE WITH SUMMONS

ON the Petition to Enforce Internal Revenue Service Summons,

1. The summons was properly issued by the petitioner to the respondent who failed to produce the items sought in the summons.

2. The summons was reasonably certain about the items requested and was not overly broad.

3. The summons was issued for the lawful purpose of securing the information necessary to enable a representative of the Internal Revenue Service to complete a Collection Information Statement.

4. The items sought in the summons are relevant and material to the lawful purpose.

5. No Justice Department referral as defined in 26 U.S.C. § 7602(d)(2)(A) is in effect for the respondent.

6. The respondent was properly notified of the date of this hearing to show cause by the United States Marshal or duly authorized representative.

7. It is, therefore, ORDERED that the respondent comply with the summons and appear on April 6, 2006 at 10:00 a.m. at 1919 Smith Street, Suite 300, Houston, Texas 77002, before Saundra L. Micklos, or designated agent, and produce the records and testimony called for in the summons.

SIGNED at Houston, Texas, on March 24, 2006.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

_____
LAWRENCE J. WEDEKIND
RESPONDENT

_____
M. KATHRYN BELLIS
Special Assistant
United States Attorney
Federal Bar No. 31985
Texas State Bar No. 02107130
8701 S. Gessner, Suite 710
Houston, Texas 77074
Telephone: (281) 721-7300
Facsimile: (281) 721-7343